WOLGA, The (CHATFIELD v.). See Case No. 2,632.

## Case No. 17,931.

WOLVERTON v. The ALLEGHENY.

[The case reported under the above title in 1 Chi. Leg. News, 81, is the same as Case No. 205.]